◼ ROBERT BROMBERG et al., Respondents, v MORTON V. ELLISH, INC., et al., Appellants. — In an action, *inter alia,* to declare that plaintiffs have littoral rights to a certain lake, defendants appeal from an order of the Supreme Court, Rockland County (Stolarik, J.), entered April 19, 1983, which, after a hearing, denied their motion pursuant to CPLR 6514 (subd [c]) for an award of costs and expenses.

Order affirmed, with costs.

Upon a review of the record, we find that the court did not abuse its discretion in denying defendants' motion (CPLR 6514, subd [c]) for costs and expenses occasioned by the filing by plaintiffs, and subsequent cancellation by the court, of a notice of pendency. Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.